Citation Nr: 1829881 
Decision Date: 09/17/18 Archive Date: 09/24/18

DOCKET NO. 14-10 659 ) DATE
 )
 )

On appeal from the decision of the 
Department of Veterans Affairs Regional Office in Fort Harrison, Montana


THE ISSUE

Entitlement to a disability rating in excess of 20 percent for degenerative disc disease of the lumbosacral spine with lumbar degenerative osteoarthritis.


REPRESENTATION

The Veteran represented by: The American Legion


WITNESSES AT HEARING ON APPEAL

The Veteran and his daughter


ATTORNEY FOR THE BOARD

P. Yoffe, Associate Counsel

INTRODUCTION

The Veteran served on active duty from September 1966 to September 1970.

In July 2016, a Travel Board hearing was held before the undersigned Veterans Law Judge. A transcript is of record. 

The claim was remanded in October 2016 and returns to the Board. 

FINDINGS OF FACT

1. The Veteran in this case served on active duty from September 1966 to September 1970.

2. On June 12, 2017, prior to the promulgation of a decision in the appeal, the Board received notification from the Veteran that a withdrawal of this appeal is requested.


CONCLUSION OF LAW

The criteria for withdrawal of an appeal by the Veteran (or his or her authorized representative) have been met. 38 U.S.C. § 7105(b)(2), (d)(5) (2012); 38 C.F.R. § 20.204 (2017).


REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105 (2012). An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204 (2017). Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. In the present case, the Veteran has withdrawn this appeal and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.


ORDER

The appeal is dismissed.




 
H. N. SCHWARTZ
 Veterans Law Judge, Board of Veterans' Appeals




Department of Veterans Affairs